UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15 – CV – 00871 - KLM

BRADLEY D. OASTER
Plaintiff,

v.

STANLEY ROBERTSON
Defendant

---

**STIPULATED ORDER CONCERNING PRODUCTION OF DOCUMENTS AND ELECTRONICALLY STORED INFORMATION**

---

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

So stipulated by the parties this 6th day of August, 2015.

| For the Plaintiff: | For the Defendant: |
|---|---|
| S/ Ron J. Robinson<br>Ron Robinson, PC<br>Suite 111<br>1155 Kelly Johnson Blvd.<br>Colorado Springs, CO  80920 | S/ Elizabeth Hill<br>First Bank Centre<br>9816 Slide Rd.<br>Suite 201<br>Lubbock, TX 79424 |

SO ORDERED

Dated: August 6, 2015

Hon. Kristen Mix
United States Magistrate Judge