IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00871-KLM

BRADLEY D. OASTER,

    Plaintiff,

v.

STANLEY ROBERTSON,

    Defendant.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Consent of Parties to Remand of Case to El Paso County Colorado District Court** [#42] ("Stipulation"). On March 28, 2016, the Court granted in part and denied in part Defendant's Motion to Dismiss [#18], and entered judgment[1] on behalf of Defendant on several, but not all, of Plaintiff's claims. *See Order* [#41]. Because it appeared that the Order removed the basis for subject matter jurisdiction, the Court ordered the parties to show cause in writing as to why this action should not be dismissed for lack of subject matter jurisdiction pursuant to Rule 12(b)(1) on or before April 15, 2016. *Id.* at 44.

    In lieu of arguing a basis for subject matter jurisdiction, the parties filed the present Stipulation requesting that the action be remanded to El Paso County Colorado District Court. *Stipulation* [#42]. Accordingly,

    IT IS HEREBY **ORDERED** that this action is **REMANDED** to the District Court for El Paso County, Colorado.

    Dated: April 18, 2016

---

[1] The Motion to Dismiss was converted to a Rule 56 motion for summary judgment on October 9, 2015. *Minute Order* [#30].